No. 250. WEST *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to

proceed further *in forma pauperis,* denied. *Mr. James Frank Kemp* for petitioner.